In re:                                                                Case No. 15-20704-PRW
Kelly A. East                                                         Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0209-2            User: lawson                Page 1 of 2              Date Rcvd: Jun 22, 2015
                                Form ID: b9i                Total Noticed: 44

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 24, 2015.
```
db          +Kelly A. East,    55 Gannett Rd.,    Farmington, NY 14425-8911
tr          +George M. Reiber,    3136 S. Winton Road, Suite 206,    Rochester, NY 14623-2997
21348508    +Community Bank Na,    Po Box 628,    Olean, NY 14760-0628
21348509    +Dicerbo and Palumbo Law Firm,    201 North Union St. #410,    Olean, NY 14760-2775
21348511    +Eos Cca,   300 Canal View Blvd Ste,    Rochester, NY 14623-2811
21348513    +FF Thompson Hospital,    350 Parris Street,    Canandaigua, NY 14424-1793
21348514    +Fingerlakes Otolaryngology,    360 Parris St.#301,    Canandaigua, NY 14424-1777
21348521    +Ontario County Sheriff,    Civil division,    74 Ontario Street,    Canandaigua, NY 14424-1808
21348523     RG&E,    po box 11747,    Newark, NJ 07101-4747
21348522    +Reliant Community Fcu,    Po Box 40,    Sodus, NY 14551-0040
21348524    +Robert Cook, Esq,    Counsel For Nys Dept Of Tax And Finance,    340 East Main St,
              Rochester, NY 14604-2108
21348525    +Robert Gitlin, esq,    16 East Main St. Suite 200,    Rochester, NY 14614-1814
21348526    +S. Anne’s Hospital,    795 Middle St.,    Fall River, MA 02721-1798
21348535     Toby J. East,    Collins Correctional Facility,    Po Box 490,    Collins, NY 14034-0490
21348538     University of Rochester Medical Center,    Patients accounts office,    Rochester, NY 14642-8406
21348517    +mariner finance, llc,    1600 west ridge rd,    Rochester, NY 14615-2515
21348518    +med-ex billing,    8020 East Main St.,    Le Roy, NY 14482-9704
21348520     new york state departmentt of taxation,    civil enforcement- co -atc,    WA Harriman Campus,
              Albany, NY 12227-0001
21348536    +ultimate smile dental,    53 west main st.,    Victor, NY 14564-1198
21348537    +united states attorney’s office,    100 State Street,    Rochester, NY 14614-1364
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
aty          E-mail/Text: georgemitris@georgemitrispc.com Jun 22 2015 18:49:35     George Mitris,
              George Mitris, PC,    2080 West Ridge Rd.,    Rochester, NY 14626
21348501     EDI: APPLIEDBANK.COM Jun 22 2015 18:53:00     Applied Bank,    4700 Exchange Cour,
              Boca Raton, FL 33431
21348499    +E-mail/Text: fliuzzi@adirondackbank.com Jun 22 2015 18:49:45     Adirondack Bank,
              185 Genesee St.,    Utica, NY 13501-2198
21349025     EDI: GMACFS.COM Jun 22 2015 18:53:00     Ally Financial,    PO Box 130424,
              Roseville, MN 55113-0004
21348500    +EDI: GMACFS.COM Jun 22 2015 18:53:00     Ally Financial,    200 Renaissance Ctr,
              Detroit, MI 48243-1300
21348504     EDI: CAPITALONE.COM Jun 22 2015 18:53:00     Capital One,    Po Box 85520,    Richmond, VA 23285
21348503    +EDI: CAPITALONE.COM Jun 22 2015 18:53:00     Cap1/ymaha,    26525 N Riverwoods Blvd,
              Mettawa, IL 60045-3440
21348506    +EDI: CITICORP.COM Jun 22 2015 18:53:00     Citi,    Po Box 6241,    Sioux Falls, SD 57117-6241
21348507    +EDI: WFNNB.COM Jun 22 2015 18:53:00     Comenity Bank/fashbug,    Po Box 182789,
              Columbus, OH 43218-2789
21348539     EDI: RCSDELL.COM Jun 22 2015 18:53:00     Webbank/dfs,    1 Dell Way,    Round Rock, TX 78682
21348510    +EDI: TSYS2.COM Jun 22 2015 18:53:00     Dsnb Macys,    Po Box 8218,    Mason, OH 45040-8218
21348512     E-mail/Text: ymorris@esl.org Jun 22 2015 18:49:40     Esl Fcu,    100 Kings Highway South,
              Rochester, NY 14617
21348515    +EDI: IRS.COM Jun 22 2015 18:53:00     Internal Revenue Service,    Department Of Treasury,
              PO Box7346,    Philadelphia, PA 19101-7346
21348516    +EDI: CBSKOHLS.COM Jun 22 2015 18:53:00     Kohls/capone,    N56 W 17000 Ridgewood Dr,
              Menomonee Falls, WI 53051-7096
21348519    +EDI: MERRICKBANK.COM Jun 22 2015 18:53:00     Merrick Bank,    Po Box 9201,
              Old Bethpage, NY 11804-9001
21348527    +E-mail/Text: bankruptcy@bbandt.com Jun 22 2015 18:49:40     Sheffield Financial Co,
              2554 Lewisville Clemmons,    Clemmons, NC 27012-8110
21348528    +EDI: RMSC.COM Jun 22 2015 18:53:00     Syncb/care Credit,    C/o Po Box 965036,
              Orlando, FL 32896-0001
21348529    +EDI: RMSC.COM Jun 22 2015 18:53:00     Syncb/cca,    950 Forrer Blvd,    Kettering, OH 45420-1469
21348530    +EDI: RMSC.COM Jun 22 2015 18:53:00     Syncb/jcp,    Po Box 965007,    Orlando, FL 32896-5007
21348531    +EDI: RMSC.COM Jun 22 2015 18:53:00     Syncb/lowes,    Po Box 965005,    Orlando, FL 32896-5005
21348532    +EDI: RMSC.COM Jun 22 2015 18:53:00     Syncb/paypal Smart Con,    4125 Windward Plaza,
              Alpharetta, GA 30005-8738
21348533    +EDI: RMSC.COM Jun 22 2015 18:53:00     Syncb/walmart Dc,    Po Box 965024,
              Orlando, FL 32896-5024
21348534    +EDI: WTRRNBANK.COM Jun 22 2015 18:53:00     Td Bank Usa/targetcred,    Po Box 673,
              Minneapolis, MN 55440-0673
21348505    +EDI: CAPITALONE.COM Jun 22 2015 18:53:00     capital one/best buy,    po box 30253,
              Salt Lake City, UT 84130-0253
                                                                                              TOTAL: 24

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
21348502      Cap1/bstby
                                                                                              TOTALS: 1, * 0, ## 0
```

Addresses marked ‘+’ were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 24, 2015                                        Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 22, 2015 at the address(es) listed below:
              George  Mitris    on behalf of Debtor Kelly A. East georgemitris@georgemitrispc.com,
               receptionist@georgemitrispc.com;slagana@georgemitrispc.com
              George M. Reiber    trustee13@roch13.com, greiber@roch13.com
                                                                                             TOTAL: 2

# UNITED STATES BANKRUPTCY COURT
## Western District of New York

# Notice of Chapter 13 Bankruptcy Case, Meeting of Creditors, & Deadlines

The debtor(s) listed below filed a chapter 13 bankruptcy case on 6/18/15.

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below. NOTE: The staff of the bankruptcy clerk's office cannot give legal advice.

**Creditors −− Do not file this notice in connection with any proof of claim you submit to the court.**
**See Reverse Side For Important Explanations**

Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Kelly A. East
55 Gannett Rd.
Farmington, NY 14425

| | |
|---|---|
| Case Number:<br>2−15−20704−PRW | Last four digits of Social−Security or Individual Taxpayer−ID No(s). (ITIN) / Complete EIN:  xxx−xx−6820 |
| Attorney for Debtor(s) (name and address):<br>George Mitris<br>George Mitris, PC<br>2080 West Ridge Rd.<br>Rochester, NY 14626<br>Telephone number:  585−225−7830 | Bankruptcy Trustee (name and address):<br>George M. Reiber<br>3136 S. Winton Road, Suite 206<br>Rochester, NY 14623<br>Telephone number:  (585) 427−7225 |

## Meeting of Creditors
Date:  **July 16, 2015**
Time:  **02:00 PM**
Location:  **Office of the U.S. Trustee, 100 State Street, Room 6080, Rochester, NY 14614**

Individual debtors must provide picture identification and proof of social security number to the trustee
at this meeting of creditors. Failure to do so may result in your case being dismissed.

## Deadlines
Papers must be *received* by the bankruptcy clerk's office by the following deadlines:

**Deadline to File a Proof of Claim:**
For all creditors (except a governmental unit):  **10/14/15**     For a governmental unit(except as otherwise provided in Fed. R. Bankr. P. 3002(c)(1)):  **12/15/15**

**Creditor with a Foreign Address:**
A creditor to whom this notice is sent at a foreign address should read the information under "Claims" on the reverse side.

**Deadline to Object to Debtor's Discharge or to Challenge Dischargeability of Certain Debts: 9/14/15**

**Deadline to Object to Exemptions:** Thirty (30) days after the *conclusion* of the meeting of creditors.

**Filing of Plan, Hearing on Confirmation of Plan**
The debtor has filed a plan. The plan or a summary of the plan is enclosed. The hearing on confirmation will be held:
Date: **8/17/15**, Time: **10:00 AM**, Location: **U.S. Bankruptcy Court, 100 State Street, Rochester, NY 14614**

## Creditors May Not Take Certain Actions:
In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor, the debtor's property, and certain codebtors. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>100 State Street<br>Rochester, NY 14614<br>Telephone number:  (585) 613−4200 | **For the Court:**<br>Clerk of the Bankruptcy Court:<br>Lisa Bertino Beaser |
| Case filing information and deadline dates can be obtained free of charge by calling our Voice Case Information System:<br>(716) 362−3201 or (866) 222−8029 | You could have received this notice electronically. Register to receive future notices sent electronically through the Bankruptcy Notice Center: http://www.EBNuscourts.com |
| Hours Open:  Monday – Friday 8:00 AM – 4:30 PM<br>Website:  http://www.nywb.uscourts.gov | Date:  6/22/15<br>Doc  #14 |

**EXPLANATIONS**     B9I (Official Form 9I) (12/12)

| | |
|---|---|
| Filing of Chapter 13 Bankruptcy Case | A bankruptcy case under Chapter 13 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by the debtor(s) listed on the front side, and an order for relief has been entered. Chapter 13 allows an individual with regular income and debts below a specified amount to adjust debts pursuant to a plan. A plan is not effective unless confirmed by the bankruptcy court. You may object to confirmation of the plan and appear at the confirmation hearing. A copy or summary of the plan, if not enclosed, will be sent to you later, and if the confirmation hearing is not indicated on the front of this notice, you will be sent notice of the confirmation hearing. The debtor will remain in possession of the debtor's property and may continue to operate the debtor's business, if any, unless the court orders otherwise. |
| **Legal Advice** | The staff of the bankruptcy clerk's office cannot give legal advice. Consult a lawyer to determine your rights in this case. |
| Creditors Generally May Not Take Certain Actions | Prohibited collection actions against the debtor and certain codebtors are listed in Bankruptcy Code § 362 and § 1301. Common examples of prohibited actions include contacting the debtor by telephone, mail or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; starting or continuing lawsuits or foreclosures; and garnishing or deducting from the debtor's wages. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time and location listed on the front side. *The debtor (both spouses in a joint case) must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date specified in a notice filed with the court. |
| Claims | A Proof of Claim is a signed statement describing a creditor's claim. A Proof of Claim form ("Official Form B 10") can be obtained at the United States Courts Web site: (http://www.uscourts.gov/FormsAndFees/Forms/BankruptcyForms.aspx) or at any bankruptcy clerk's office. A secured creditor retains rights in its collateral regardless of whether that creditor files a Proof of Claim. If you do not file a Proof of Claim by the "Deadline to file a Proof of Claim" listed on the front side, you might not be paid any money on your claim from other assets in the bankruptcy case. To be paid you must file a Proof of Claim even if your claim is listed in the schedules filed by the debtor. Filing a Proof of Claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a Proof of Claim may surrender important nonmonetary rights, including the right to a jury trial. **Filing Deadline for a Creditor with a Foreign Address:** The deadlines for filing claims set forth on the front of this notice apply to all creditors. If this notice has been mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline.<br>*Do not include this notice with any filing you make with the court.* |
| Discharge of Debts | The debtor is seeking a discharge of most debts, which may include your debt. A discharge means that you may never try to collect the debt from the debtor. If you believe that the debtor is not entitled to a discharge under Bankruptcy Code §1328(f), you must file a motion objecting to discharge in the bankruptcy clerk's office by the "Deadline to Object to Debtor's Discharge or to Challenge the Dischargeability of Certain Debts" listed on the front of this form. If you believe that a debt owed to you is not dischargeable under Bankruptcy Code § 523(a)(2) or (4), you must file a complaint in the bankruptcy clerk's office by the same deadline. The bankruptcy clerk's office must receive the motion or the complaint and any required filing fee by that deadline. |
| Exempt Property | The debtor is permitted by law to keep certain property as exempt. Exempt property will not be sold and distributed to creditors, even if the debtor's case is converted to chapter 7. The debtor must file a list of all property claimed as exempt. You may inspect that list at the bankruptcy clerk's office. If you believe that an exemption claimed by the debtor is not authorized by law, you may file an objection to that exemption. The bankruptcy clerk's office must receive the objection by the "Deadline to Object to Exemptions" listed on the front side. |
| Bankruptcy Clerk's Office | Any paper that you file in this bankruptcy case should be filed at the bankruptcy clerk's office at the address listed on the front side. You may inspect all papers filed, including the list of the debtor's property and debts and the list of property claimed as exempt, at the bankruptcy clerk's office. |
| Creditor with a Foreign Address | Consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in this case. |
| Undeliverable Notices | The address of the debtor's attorney will be used as the return address for the Notice of Meeting of Creditors. For returned or undeliverable mailings, debtor's must obtain the intended recipient's correct address, resend the notice and file an affidavit of service with the Clerk's Office. The Clerk's Office will then update its records for future mailings. Failure to serve all parties with a copy of this notice may adversely affect the debtor. |

–– Refer to Other Side for Important Deadlines and Notices ––