UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

IN RE : Kelly A. East,

        Debtor(s)

Chapter 13

Case No. 15-20704-PRW



## CONDITIONAL ORDER OF DISMISSAL

At the Confirmation Hearing of the Chapter 13 plan in the above entitled matter, it was determined that the following designated items must be completed for the plan to be confirmed:

\_\_\_ File motion with Court Declaring Mortgage Unsecured

\_\_\_ File motion with Court Valuing Secured Claims.

_X_ File motion with Court Removing Judgment Liens.

_X_ Submission of the following to the Trustee:
    a) Amend plan;
    b) Provide real estate appraisals for the properties listed in Schedule A.

Other: Indebtedness letter sent to the Court.

It is hereby ORDERED that this case be dismissed without further notice if the above designated items are not completed by _Feb 4_, 20_16_.

If items are not completed by said date, the Trustee will file a Notice of Default with the Court. Ten days after the filing of said notice with the Court the Trustee will submit the Final Order of Dismissal to the Court. The Court will retain jurisdiction to receive and pass upon the final report of the Trustee and to make such further orders with respect to fees as may be necessary and proper.

DATED: _Dec 21_, 2015
Rochester, New York

                                      HONORABLE PAUL R. WARREN
                                      U.S. BANKRUPTCY JUDGE