|  |  |  |  |
|---|---|---|---|
| **TRUSTEE'S CONFIRMATION REPORT –2/18/16** | | | |

**DEBTOR:** Kelly A. East  **CASE NO. 15-20704-PRW**
**ATTORNEY:** George Mitris, Esq.  **ATTORNEY FEES:** $3,800
  Additional Attorney Fees: $

**I.  TRUSTEE RECOMMENDATION:**   __X__ Plan Recommended   ____ Plan Not Recommended

**II.  PLAN FILED DATE:** 1/22/16 (ECF BK No. 52)

**A.  PAYMENTS:** $ 600 per bi-weekly wage order

**B.  REPAYMENT:**
  To secured creditors   $55,783   with interest $ 60,824
  To priority creditors   $3,143
  To unsecured creditors   $7,457   est. 9 %
  Total unsecured debt   $86,416
  Duration of Plan   5   years
  Total Scheduled Debt   $404,020   incl. mortgages

**C.  FEASIBILITY:**
  Monthly Income   $4,416.49   (net) $ 6,522.67   (gross)
  Less Estimated Expenses   $3,117.00
  Excess for Wage Plan   $1,299.49

**D.  OBJECTIONS to Confirmation:** None.

**E.  Other comments:**
  ☐ risk factor 3 because of prior bankruptcies
  ☐ need judgments removed       ☐ need mortgages eliminated
  ☐ need appraisals of real estate and personal property   ☐ need motions to value collateral
  ☐ need certification of post petition DSO payments.   ☐ need proof of surrender efforts
  ☒ other: Term of the plan starts September, 2015. Payments prior to that date will be added to the plan.

**III.  TREATMENT OF SECURED CLAIMS/LEASE ARREARS:** [Interest rate unless otherwise stated:   %]

| Creditor | Amt of Claim | Security Claimed | Perfected | Plan Treatment | Monthly Pmt |
|---|---|---|---|---|---|
| Community Bank | $82,168 | Arrears | Yes | $12,086.89 + 0% | $202 |
| Adirondack Bank | $164,513 | Arrears (Non-residential) | Yes | $5,755.08 + 0% | $96 |
| ESL FCU | $32,891 | Arrears | Yes | $1,621.89 + 0% | $28 |
| Ally Fin. | $36,319.13 | '12 Dodge RAM | Yes | Full + 5.25% | $690 |
| Sheffield | $8,161.28 | '13 Arctic CAT | Yes | Surrender | |
| Cavalry SPVI | $2,651.43 | '10 Yamaha | Yes | Surrender | |

IV. **SPECIAL PLAN PROVISIONS:**

    A.     CLASSIFICATION of unsecured creditors: *Not applicable*

| | | |
|---|---|---|
| Class 1: | % | $ |
| Class 2: | % | $ |
| Class 3 | % | $ |

    B.     Rejection of executory contracts:

    C.     Other Plan Provisions:

V. **BEST INTEREST TEST:**
    A.     All assets were listed.
    B.     Total market value of assets:      $ 284,713
        Less valid liens      $ 243,866
        Less exempt property      $ 38,274
        (Available for judgment liens )
        Subtotal      $ 2,572
        Less est. Chapter 7 fees      $ 643
    C.     Total available in liquidation      $ 1,929
    D.     Best interests including present value      $ 2,407
        Less priority claims      $ 3,143
        (Support $        )
    E.     Amount due to unsecured      $ 0
    F.     Amount to be distributed to unsecured creditors      $ 7,457

    G.     Nature of major non-exempt assets:

VI. **OTHER:**
    A.     Debtor(s) states that the plan is proposed in good faith with intent to comply with the law.
    B.     Debtor(s) states that to the best of its knowledge there are no circumstances that would affect the ability to make the payments under the plan.
    C.     (If a business) The Trustee has investigated matters before him relative to the condition of debtor's business, and has not discovered any actionable causes concerning fraud, dishonesty, incompetence, misconduct, mismanagement or irregularities in managing said business.
    D.     Debtor requests no wage order because: _____ disability or retirement, _____ self employed, _____ risk of job loss, _____ other
    E.     Converted from Chapter 7 because: Non Applicable.

/S/_____
GEORGE M. REIBER, TRUSTEE