# United States Bankruptcy Court
For The
Western District of New York

Date: 6/8/2016      Case No: 15-20704-PRW

IN RE: KELLY A EAST      SSN #1: XXX-XX-6820
55 GANNETT ROAD
FARMINGTON, NY 14425

## MOTION TO ALLOW CLAIMS

Pursuant to 11 U.S.C. 704(5), the trustee has examined the proofs of claim filed in this case and objected to the allowance of such claims as appeared to be improper except where no purpose would have been served by such objection. After such examination and objections, if any, the trustee states that claims should be deemed allowed, or "not filed" as indicated below.

| Claim # | Name and Address of Creditor | Amount | Forgive % | Classification |
|---|---|---|---|---|
| 001 | ADIRONDACK BANK / LEVITT & GORDON, ESQ. P.O. BOX 97 / NEW HARTFORD, NY 13413 | 5,755.08 | | Secured |
| 002 | ALLY FINANCIAL / PO BOX 130424 ROSEVILLE, MN 55113-0002 | 36,319.13 | 5.2500% From 02/29/2016 | Secured |
| 003 | ALLY FINANCIAL / PO BOX 130424 ROSEVILLE, MN 55113-0002 | None | | Not Filed .00 |
| 004 | QUANTUM3 GROUP LLC / P.O. BOX 788 KIRKLAND, WA 98083-0788 | 2,414.60 | | Unsecured |
| 005 | PORTFOLIO RECOVERY ASSOCIATES / P.O. BOX 41067 NORFOLK, VA 23541 | 2,105.12 | | Unsecured |
| 006 | CAVALRY SPV I, LLC / c/o BASS & ASSOCIATES, P.C. 3936 E. FT. LOWELL RD. SUITE #200 / TUCSON, AZ 85712 | | | DirectPay .00 |
| 007 | CAPITAL ONE BANK / P O BOX 71083 CHARLOTTE, NC 28272-1068 | 511.71 | | Unsecured |
| 008 | CAPITAL ONE / C/O TSYS DEBT MANAGEMENT 6125 LAKEVIEW ROAD SUITE 800 / CHARLOTTE, NC 28269-2605 | None | | Not Filed .00 |
| 009 | CAPITAL ONE BANK / P O BOX 71083 CHARLOTTE, NC 28272-1068 | 381.58 | | Unsecured |
| 010 | CAPITAL ONE / PO BOX 30253 SALT LAKE CITY, UT 84130 | None | | Not Filed .00 |
| 011 | ECAST SETTLEMENT CORPORATION / P.O. BOX 29262 NEW YORK, NY 10087-9262 | 6,469.29 | | Unsecured |
| 012 | CITIBANK/CHOICE / PO BOX 183037 COLUMBUS, OH 43218-3037 | None | | Not Filed .00 |
| 013 | COMENITY BANK / PO BOX 182789 COLUMBUS, OH 43218 | None | | Not Filed .00 |
| 014 | COMMUNITY BANK, N.A. / DICERBO & PALUNBO, ATTORNEYS 201 N. UNION STREET, SUITE 410 / OLEAN, NY 14760 | 12,086.89 | | Secured |
| 015 | DICERBO & PALUMBO / 201 NORTH UNION STREET STE 410 OLEAN, NY 14760 | None | | Not Filed .00 |
| 016 | DSNB MACYS / PO BOX 8218 MASON, OH 45040 | None | | Not Filed .00 |
| 017 | EOS CCA - EOS / THE CREDIT BUREAU INC. 300 CANAL VIEW BLVD STE 130 / ROCHESTER, NY 14432 | None | | Not Filed .00 |
| 018 | ESL FEDERAL CREDIT UNION / 100 KINGS HIGHWAY SOUTH SUITE #120 / ROCHESTER, NY 14617 | None | | Not Filed .00 |
| 019 | ESL FEDERAL CREDIT UNION / PO BOX 92714 ROCHESTER, NY 14692 | 1,621.89 | | Secured |
| 020 | ESL FEDERAL CREDIT UNION / 100 KINGS HIGHWAY SOUTH SUITE #120 / ROCHESTER, NY 14617 | None | | Not Filed .00 |
| 021 | ESL FEDERAL CREDIT UNION / PO BOX 92714 ROCHESTER, NY 14692 | 20,314.21 | | Unsecured |
| 022 | F F THOMPSON HOSPITAL / 350 PARRISH ST CANANDAIGUA, NY 14424-0000 | None | | Not Filed .00 |
| 023 | FINGER LAKES OTOLARYOGOLOGY / 360 PARRISH STREET CANANDAIGUA, NY 14424 | None | | Not Filed .00 |

Page 1 of 3    Case 2-15-20704-PRW    Doc 73    Filed 06/29/16    Entered 06/29/16 16:51:12    Desc
Page 1 of 3

# United States Bankruptcy Court
For The
Western District of New York

Date: 6/8/2016      Case No: 15-20704-PRW

IN RE: KELLY A EAST
55 GANNETT ROAD
FARMINGTON, NY 14425

SSN #1: XXX-XX-6820

## MOTION TO ALLOW CLAIMS

Pursuant to 11 U.S.C. 704(5), the trustee has examined the proofs of claim filed in this case and objected to the allowance of such claims as appeared to be improper except where no purpose would have been served by such objection. After such examination and objections, if any, the trustee states that claims should be deemed allowed, or "not filed" as indicated below.

| Claim # | Name and Address of Creditor | Amount | Forgive % | Classification |
|---|---|---|---|---|
| 024 | INTERNAL REVENUE SERVICE / PO BOX 7346 PHILADELPHIA, PA 19101-7317 | None | | Not Filed .00 |
| 025 | JC PENNEY / P O BOX 65 BANKRUPTCY DEPT / DALLAS, TX 75221-0000 | None | | Not Filed .00 |
| 026 | CAPITAL ONE, N.A. / BECKET AND LEE, LLP P.O. BOX 3001 / MALVERN, PA 19355-0701 | 399.57 | | Unsecured |
| 027 | MARINER FINANCE, LLC / 8211 TOWN CENTER DRIVE NOTTINGHAM, MD 21236 | 13,766.68 | | Unsecured |
| 028 | TRANSWORLD SYSTEMS INC. / BANKRPUTCY PROCESSING P.O. BOX 8053 / MASON, OH 45040 | 993.00 | | Unsecured |
| 029 | MED-EX BILLING INC / 8020 EAST MAIN ROAD LEROY, NY 14482 | None | | Not Filed .00 |
| 030 | MERRICK BANK / c/o RESURGENT CAPITAL SERVICES PO BOX 10368 / GREENVILLE, SC 29603-0368 | 3,703.92 | | Unsecured |
| 031 | NYS DEPT OF TAX & FINANCE / WA HARRIMAN CAMPUS BLDG 8 ROOM 538 / ALBANY, NY 12227 | None | | Not Filed .00 |
| 032 | NYS DEPT OF TAX & FINANCE / P O BOX 5300 BK/SPECIAL PROCEDURES SEC. / ALBANY, NY 12205-5300 | None | | Not Filed .00 |
| 033 | ONTARIO COUNTY SHERIFF / CIVIL DEPARTMENT 74 ONTARIO STREET / CANANDAIGUA, NY 14424 | None | | Not Filed .00 |
| 034 | RELIANT COMMUNITY CREDIT UNION / PO BOX 40 10 BENTON PLACE / SODUS, NY 14551 | 518.01 | | Unsecured |
| 035 | ROCHESTER GAS & ELECTRIC / 89 EAST AVE ROCHESTER, NY 14649-0000 | 1,301.56 | | Unsecured |
| 036 | ROBERT B GITLIN ESQ / 16 EAST MAIN STREET #200 ROCHESTER, NY 14614 | None | | Not Filed .00 |
| 037 | ROBERT B GITLIN ESQ / 16 EAST MAIN STREET #200 ROCHESTER, NY 14614 | None | | Not Filed .00 |
| 038 | ROBERT COOK, ESQ. / COUNSEL FOR NYS DEPT OF TAX & FINAN 340 EAST MAIN STREET / ROCHESTER, NY 14604 | None | | Not Filed .00 |
| 039 | SHEFFIELD FINANCIAL / BANKRUPTCY SECTION/ 100-50-01-51 P.O. BOX 1847 / WILSON, NC 27894-1847 | | | DirectPay .00 |
| 040 | SHEFFIELD FINANCIAL / BANKRUPTCY SECTION/ 100-50-01-51 P.O. BOX 1847 / WILSON, NC 27894-1847 | 775.54 | | Unsecured |
| 041 | ST ANNE'S HOSPITAL / 795 MIDDLE STREET FALL RIVER, MA 02721 | None | | Not Filed .00 |
| 042 | SYNCHRONY BANK / c/o RECOVERY MANAGMENT SYSTEMS COR 25 SE 2ND AVE. SUITE 1120 / MIAMI, FL 33131-1605 | 251.85 | | Unsecured |
| 043 | MIDLAND CREDIT MANAGEMENT, INC / P.O. BOX 2011 WARREN, MI 48090 | 8,139.09 | | Unsecured |
| 044 | MIDLAND CREDIT MANAGEMENT, INC / P.O. BOX 2011 WARREN, MI 48090 | 2,489.80 | | Unsecured |
| 045 | MIDLAND CREDIT MANAGEMENT, INC / P.O. BOX 2011 WARREN, MI 48090 | 246.23 | | Unsecured |
| 046 | MIDLAND CREDIT MANAGEMENT, INC / P.O. BOX 2011 WARREN, MI 48090 | 2,115.14 | | Unsecured |

# United States Bankruptcy Court
For The
Western District of New York

Date: 6/8/2016      Case No: 15-20704-PRW

IN RE: KELLY A EAST  
55 GANNETT ROAD  
FARMINGTON, NY 14425

SSN #1: XXX-XX-6820

## MOTION TO ALLOW CLAIMS

Pursuant to 11 U.S.C. 704(5), the trustee has examined the proofs of claim filed in this case and objected to the allowance of such claims as appeared to be improper except where no purpose would have been served by such objection. After such examination and objections, if any, the trustee states that claims should be deemed allowed, or "not filed" as indicated below.

| Claim # | Name and Address of Creditor | Amount | Forgive % | Classification |
|---|---|---|---|---|
| 047 | MIDLAND CREDIT MANAGEMENT, INC / P.O. BOX 2011 WARREN, MI 48090 | 4,195.45 | | Unsecured |
| 048 | TD BANK USA, N.A. / c/o WEINSTEIN & RILEY, P.S. 2001 WESTERN AVENUE, SUITE 400 / SEATTLE, WA 98121 | 709.26 | | Unsecured |
| 049 | TOBY J EAST / COLLINS CORRECTIONAL FACILITY PO BOX 490 / COLLINS, NY 14034-0490 | None | | Not Filed .00 |
| 050 | U OF R MEDICAL CENTER / PATIENT ACCOUNTS ROCHESTER, NY 14642-8406 | None | | Not Filed .00 |
| 051 | U S ATTORNEY FOR IRS / OLYMPIC TOWERS, SUITE 460 300 PEARL STREET / BUFFALO, NY 14202-0000 | None | | Not Filed .00 |
| 052 | ULTIMATE SMILE DENTAL / 53 WEST MAIN STREET VICTOR, NY 14564 | None | | Not Filed .00 |
| 053 | US ATTORNEY'S OFFICE / 100 STATE STREET, ROOM 6200 ROCHESTER, NY 14614-0000 | None | | Not Filed .00 |
| 054 | US ATTORNEY'S OFFICE / 100 STATE STREET, ROOM 6200 ROCHESTER, NY 14614-0000 | None | | Not Filed .00 |
| 055 | DELL FINANCIAL SERVICES / c/o RESURGENT CAPITAL SERVICES PO BOX 10390 / GREENVILLE, SC 29603-0390 | 1,084.18 | | Unsecured |
| | Total | 128,668.78 | | |

GEORGE MITRIS, ESQ  
2080 WEST RIDGE ROAD  
ROCHESTER, NY 14626-0000

3,143.00     Debtor's Attorney

Your Trustee has examined the claims and recommends to the Court that they be deemed allowed for the amounts claimed, payable in the manner classified subject to the provisions of the plan and other Court orders.

WHEREFORE, the Trustee prays that the foregoing claims be allowed as set forth above.

/s/ George M. Reiber  
George M. Reiber  
Standing Chapter 13 Trustee

## NOTICE

At Rochester, NY

PLEASE TAKE NOTICE that the above claims are allowed as recommended by the Trustee and payable as provided by the debtor's plan. The debtor and debtor's attorney of record are hereby advised that written application for modification of this notice must be made within 30 days from the date of the certificate of mailing of this notice. The motion to allow claims is deemed approved without a separate order of this Court, absent a written application for modification.

CLERK    /s/ Lisa Bertino Beaser, Clerk of the Court

CERTIFICATE OF SERVICE  
The undersigned hereby certifies that a copy of the Notice was sent electronically or by ordinary US Mail, postage prepaid on 6/29/16 to the debtor and attorney for the debtor.

/s/